IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JESSIE HILL
ADC #104136                                                          PLAINTIFF

v.                    No. 5:15-cv-64-DPM

ARTIS RAY HOBBS, Director, ADC;
RAYMOND NAYLOR, Internal Affairs Investigation
Director, ADC Compliance Division;
MARVIN EVANS, JR., Deputy Director, ADC
Compliance Division; WILLIAM STRAUGHN,
"Billy," Warden, Tucker Maximum Security Unit,
ADC; JADA LAWRENCE, Administrative Assistant
to Director, ADC; DALE REED, Chief Deputy Director,
ADC; DANNY BURL, Warden, Maximum Security Unit,
ADC; STEVE R. OUTLAW, Assistant Deputy Warden, Maximum
Security Unit, ADC; M.E. WILLIAMS, Chief of Security,
Maximum Security Unit, ADC; ANTHONY JACKSON,,
Captain, Maximum Security Unit, ADC; ANDREW RUH,
Lieutenant, Maximum Security Unit, ADC; KENNETH
FRAZIER, "Keith," Captain, Maximum Security Unit,
ADC; BARBARA LYNN MATTHEW-GARDNER,
Lieutenant, Maximum Security Unit, ADC; NICOLIA
KELLY, Lieutenant, Maximum Security Unit, ADC;
JOHN H. SPEARS, Lieutenant, Maximum Security Unit,
ADC; RORY L. GRIFFIN, Director, Department of Health
and Correctional Programs; RICARDO JOHNSON,
"Carlos," Sergeant, Maximum Security Unit, ADC; EDDIE TURNER,
Sergeant, Maximum Security Unit, ADC; STANLEY
ABERNATHY, Sergeant, Maximum Security Unit, ADC;
CHRISTOPHER GRIFFITH, Lieutenant, Maximum Security Unit,
ADC; BRANDY S. BINNS, Corporal, Maximum Security
Unit, ADC; TAWANNA M. WADE, Corporal, Maximum
Security Unit, ADC; JERRY S. JACKS, Corporal, Maximum
Security Unit, ADC; GREGORY NEWSOME, Corporal,

Maximum Security Unit, ADC; CHARLOTTE SANDERS, Sergeant, Maximum Security Unit, ADC; RICHARD CLARK, Sergeant, Maximum Security Unit, ADC; M. GARDNER, CO-I, Maximum Security Unit, ADC; D.L. HORNER, Corporal, Maximum Security Unit, ADC; MALIK TUCKER, Corporal, Maximum Security Unit, ADC; ANGELA TYLER, Corporal, Maximum Security Unit, ADC; WILLIE BLAIR, Corporal, Maximum Security Unit, ADC; TAYLOR WILLIAMS, Corporal, Maximum Security Unit, ADC; AIKEN, Assistant Deputy Warden, Maximum Security Unit, ADC; WATSON, Sergeant, Maximum Security Unit, ADC; BRINKER, Sergeant, Maximum Security Unit, ADC; AARON THOMAS, Corporal, Maximum Security Unit, ADC; CLARY, Corporal, Maximum Security Unit, ADC; JROD PRICE, Sergeant, Maximum Security Unit, ADC; SEWELL, Sergeant, Maximum Security Unit, ADC; CONNIE L. JENKINS, Classification Officer, Maximum Security Unit, ADC; KATHLEEN LOWERY, Corporal, Maximum Security Unit, ADC; LAKISHA S. LEE, Administrative Specialist I, Maximum Security Unit, ADC; FELICIA BENTLY, Administrative Specialist III, Maximum Security Unit, ADC; LINDA D. ERWIN, Grievance Coordinator, Maximum Security Unit, ADC; K. HORNER, Nurse, CCS; LEONA MOSBY, Nurse, CCS; JASMINE SAIN, Nurse, CCS; JAMERE JACKSON, Nurse, CCS; HAMILTON, Nurse, CCS; KEITHA DODSON, Nursing Director, Maximum Security Unit, ADC; NATASHA CARLENE BRANTLEY, Medical Records Administrator, Maximum Security Unit, ADC; ALVA M. McDOWELL, Health Services Administrator, Maximum Security Unit, ADC; MARK GEORGE GREGORY, Health Services Administrator, Maximum Security Unit, ADC; JOHN STEPHENSON, "Joseph," Nurse, CCS; CHAMBERS, Corporal, Maximum Security Unit, ADC;

CARTER, Corporal, Maximum Security Unit, ADC;
WENDY KELLEY, Director, ADC; LARRY NORRIS,
Interim Director, ADC; JUSTINE M. MINOR,
Correctional Officer, Maximum Security Unit,
ADC; BOYD WOODY, Chief of Police,
Camden Police Department; NORMAN MARK
KLAPPENBACH, Public Defender, Grant County;
ROBERT STEVE LANEY, Public Defender,
Ouachita County; DAVID G. SCOTT,
Deputy Prosecutor, Ouachita County;
NORMAN B. FRISBY, Deputy Prosecutor,
Grant County; and KEITH WADDLE,
Disciplinary Hearing Officer, ADC                                        DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

*/s/ DPM Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 April 2015